CARTERET ACADEMY, APPELLANT, v. STATE BOARD OF TAXES AND ASSESSMENT ET AL., RESPONDENTS.

Argued May 26, 1927—Decided October 17, 1927.

For the appellant, *McCarter & English*.

For the respondents, *Charles E. Cook* and *William A. Calhoun*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Minturn in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.  11.

*For reversal*—None.

EDWARD L. CLARK, APPELLANT, v. C. FRANKLIN WILSON, JUDGE, ETC., RESPONDENT.

Argued May 17, 1927—Decided October 17, 1927.

For the appellant, *Elmer W. Romine*.

For the respondent, *Charles A. Rathbun*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—PARKER, BLACK, KATZENBACH, CAMP-BELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.

DAVID CONKLIN ET AL., APPELLANTS, v. C. FRANKLIN WILSON, JUDGE, ETC., RESPONDENT.

Argued May 17, 1927—Decided October 17, 1927.

For the appellants, *Elmer W. Romine.*

For the respondent, *Charles A. Rathbun.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—PARKER, BLACK, KATZENBACH, CAMP-BELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.